■ In the Matter of SCOTT C. CARISSIMO, Appellant, v ALLEN BELMONT, as Director of Oneida County Probation Department,

et al., Respondents. [807 NYS2d 889]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered June 27, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present— Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.